AO 451 (Rev. 12/12)  Clerk's Certification of a Judgment to be Registered in Another District

# UNITED STATES DISTRICT COURT
for the
Central District of California

| | |
|---|---|
| Michael Davis; Uptone Pictures, Inc. ) | |
| *Plaintiff* ) | |
| v. ) | Civil Action No. 2:18-cv-02433-SVW-JPRx |
| Eric Parkinson, et. al. ) | |
| *Defendant* ) | |

### CLERK'S CERTIFICATION OF A JUDGMENT TO BE REGISTERED IN ANOTHER DISTRICT

I certify that the attached judgment is a copy of a judgment entered by this court on *(date)*  01/30/2019.

I also certify that, as appears from this court's records, no motion listed in Fed. R. App. P. 4(a)(4)(A) is pending before this court, the time for appeal has expired, and no appeal has been filed or, if one was filed, it is no longer pending.

Date: 7/23/2019

CLERK OF COURT

D. Vo                    1146
*Signature of Clerk or Deputy Clerk*

MARC Y. LAZO, SBN: 215998
WILSON KEADJIAN BROWNDORF, LLP
1900 Main Street, Suite 600
Irvine, CA 92614
Phone No.: (888) 690-5557
Fax No.:(949) 234-6254

Attorneys for Plaintiffs MICHAEL DAVIS and UPTONE PICTURES, INC.

FILED
CLERK, U.S. DISTRICT COURT
JAN 28 2019
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

JS-6

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL DAVIS, an individual; and UPTONE PICTURES, INC., a North Carolina corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>ERIC PARKINSON, an individual; HANNOVER HOUSE, INC., a Wyoming corporation; TRUMAN PRESS, INC. (d/b/a "HANNOVER HOUSE"), an Arkansas corporation, CRIMSON FOREST ENTERTAINMENT GROUP, INC., a Nevada Corporation; HINDS & SHANKMAN, a California Limited Liability Partnership, and MEDALLION RELEASING, INC., an Arkansas corporation, and DOES 1-10,<br><br>Defendants. | Case No.: 2:18-cv-02433-SVW-JPR<br><br>[PROPOSED] JUDGMENT AGAINST ERIC PARKINSON, CRIMSON ENTERTAINMENT GROUP, INC., TRUMAN PRESS, INC., MEDALLION RELEASING, INC., AND HANNOVER HOUSE, INC., JOINTLY AND SEVERALLY<br><br>Date: November 19, 2018<br>Time: 1:30 p.m.<br>The Honorable Stephen V. Wilson<br>Courtroom 10A |

-1-

[PROPOSED] JUDGMENT

IT IS SO ORDERED, AJUDICATED AND ADJUDGED that Judgment in this matter is hereby entered as follow:

AS TO DEFENDANTS ERIC PARKINSON, CRIMSON ENTERTAINMENT GROUP, INC., TRUMAN PRESS, INC., MEDALLION RELEASING, INC., AND HANNOVER HOUSE, INC.:

~~By default after a prove-up hearing on the merits that occurred on November 18, 2018,~~ Judgment is hereby entered against ERIC PARKINSON, CRIMSON ENTERTAINMENT GROUP, INC., TRUMAN PRESS, INC., MEDALLION RELEASING, INC., AND HANNOVER HOUSE, INC. (collectively "DEFENDANTS"), jointly and severally, in favor of MICHAEL DAVIS and UPTONE PICTURES, INC. (collectively "PLAINTIFFS") in the sum of:

1. $10,000.00 in liquidated damages due to DEFENDANTS' fraudulent accountings;

2. $800,000.00 due to DEFENDANTS' business disparagement of PLAINTIFFS in their place of work.

3. $150,000.00 due to DEFENDANTS' negligence and failure to deliver the Picture in DVD format in a timely matter that resulted in lost in sales.

4. $1,500.00 in statutory damages due to violation of Cal. Civ. Code sec. 1719; and

5. $1,500.00 in costs related to the subject action.

The Judgment is hereby entered against the DEFENDANTS in the total principal sum of Nine Hundred Sixty-Three Thousand Dollars ($963,000.00) on account of the following claims pleaded in the complaint: Breach of Contract, Tortious Breach of Covenant of Good Faith and Fair Dealing, Fraud by False Promise, Fraud by Concealment, Unfair Competition in Violation of Cal. Bus. & Prof. Code §17200 et seq., Unjust Enrichment, Accounting, and Violation of Cal. Civ. Code sec. 1719, plus interest at the legal rate of 10% per annum, from and after November 19, 2018 on the principal sum.

1  The Court further finds that ERIC PARKINSON, CRIMSON
2 ENTERTAINMENT GROUP, INC., TRUMAN PRESS, INC., MEDALLION
3 RELEASING, INC., AND HANNOVER HOUSE, INC. were properly served with a
4 copy of the summons and complaint, failed to timely respond and failed to appear and
5 defend the action within the time allowed by law, such that the Clerk properly entered
6 default and the Court properly considered Plaintiffs' testimony and other evidence
7 submitted~~ at the prove-up hearing.~~

9  **IT IS SO ORDERED, ADJUDICATED AND ADJUDGED.**

12 Date: April 2٪, 2018

The Honorable Stephen V. Wilson

I hereby attest and certify on 7-12-19 that the foregoing document is a full, true and correct copy of the original on file in my office, and in my legal custody.

CLERK U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

*[signature]*

DEPUTY CLERK



1225